UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CEDRIC C. WRIGHT,

                Petitioner

-vs-                                          Case No.  3: 04-CV-136

ERNIE MOORE, WARDEN,
                Respondent      District Court Judge Thomas M. Rose
                                         Magistrate Judge Sharon Ovington

**ENTRY AND ORDER OVERRULING PETITIONER'S OBJECTIONS (DOC. #18) AND ADOPTING THE  MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #14) DISMISSING WITH PREJUDICE PETITIONER'S PETITION FOR HABEAS CORPUS (DOC. #2), DENYING PETITIONER CERTIFICATE OF APPEALABILITY AND TERMINATION ENTRY.**

      This mater comes before the Court pursuant to the Petitioner's Objections (Doc. #18), filed July 17, 2007, to the  Magistrate Judge's Report and Recommendations (Doc. #14) filed June 19, 2007.  The Court has conducted a de novo review of all filings in this matter and finds the Objections (Doc. #18) not to be well-founded and OVERRULES same, ADOPTING the Magistrate Judge's Report and Recommendations (Doc. #14) DISMISSING Petitioner's Petition (Doc. #2) for Writ of Habeas Corpus.

      This Court would also find that no reasonable jurist would dispute this result and would DENY any requested certificate of appealability and leave to proceed in forma pauperis on appeal.

      This matter is hereby ORDERED terminated upon the docket records of the United States District Court, Southern Division at Dayton, Ohio.

      Therefore, this Court DISMISSES the Petitioner's Petition (Doc. #2) for Writ of Habeas

Corpus.

August 21, 2007                                           s/**THOMAS M. ROSE**

                                                               _____

                                                               JUDGE THOMAS M. ROSE
                                                               United States District Court